# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MICHAEL JOHN KRIEGISCH,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 3:19-CV-01068 |
| **ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,** | ) |
| **Defendant.** | ) |

## ORDER

Magistrate Judge Frensley has entered a Report and Recommendation ("R&R") (Doc. No. 21) in which he recommends that Michael Kriegisch's Motion for Judgment on the Administrative Record (Doc. No. 15) be denied. No objections to the R&R have been filed. Having reviewed the matter *de novo* in accordance with F. R. Civ. P. 72(b), the Court agrees with the recommendation because substantial evidence supports the Social Security Administration's denial of disability insurance benefits.

Accordingly, (1) The R&R (Doc. No. 21) is **ACCEPTED** and **APPROVED**; (2) Kriegisch's Motion for Judgment on the Administrative Record (Doc. No. 15) is **DENIED**; and (3) the Social Security Administration's denial of benefits is **AFFIRMED**.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE